UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ZACHARY BLAKE SMITH, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CR422-117 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Zachary Blake Smith moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. Doc. 49; *see United States v. Almand*, 992 F.2d 316, 317 (11th Cir. 1993) (individuals challenging the validity of any sentence, including those imposed for revocation of supervised release, must utilize § 2255). Smith's Motion was not filed using the standard form provided for § 2255 Motions. Doc. 49. The Rules Governing Section 2255 Proceedings require that "[t]he motion must substantially follow . . . the form appended to these rules . . . ." Rule 2(c), Rules Governing Section 2255 Proceedings. The Advisory Committee Notes instruct that "the better procedure [is] to . . . require the moving party to submit a corrected motion that conforms to [the Rule]." Rule 2,

Rules Governing Section 2255 Proceedings, advisory committee note to 2004 amendments. Smith is, therefore, **DIRECTED** to submit his Amended Motion, using the standard form, no later than March 14, 2025. The Clerk is **DIRECTED** to enclose a blank copy of Form AO 243 (Motion to Vacate / Set Aside Sentence (Motion Under 28 U.S.C. § 2255)) with the service copy of this Order for Smith's convenience. Smith is advised that the Amended Motion will become the sole operative pleading and only those claims listed in it will be considered by the Court. *See, e.g., Davenport v. United States*, 217 F.3d 1341 (11th Cir. 2000) (applying Fed. R. Civ. P. 15 to amendment of § 2255 motion); *see also, e.g., Lowery v. Ala. Power Co.*, 483 F.3d 1184, 1219 (11th Cir. 2007) ("[A]n amended [pleading] supersedes the initial [pleading] and becomes the operative pleading in the case."). Smith is further advised that failure to comply with the Court's instructions may result in a recommendation that his Motion be dismissed. *See* Fed. R. Civ. P. 41(b); *Hawthorne v. United States*, 2022 WL 3099271, at *2 (11th Cir. Aug. 4, 2022) (affirming Rule

41(b) dismissal where § 2255 movant failed to file amended motion as directed).

**SO ORDERED**, this 21st day of February, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA